UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

IN RE: : *EX PARTE* ORDER
:
LETTER ROGATORY FOR : M 19-67
INTERNATIONAL JUDICIAL :
ASSISTANCE FROM THE FIRST :
CIVIL COURT OF SANTIAGO, CHILE :
IN THE MATTER OF CESAR LOPEZ :
ALARCON ET AL., v. CARMEN :
GLORIA MOROVIC ET AL., :
:
:
-------------------------------------------------x

WHEREAS, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, on behalf of the First Civil Court of Santiago, Chile, is seeking to obtain information from Dr. Joel A. Hirsch, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "Cesar Lopez Alarcon et al., v. Carmen Gloria Morovic et al.,";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Jessica Jean Hu, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Dr. Joel A. Hirsch and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 04 2016
```

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Dr. Joel A. Hirsch with a copy of this Order and the accompanying documents.

Dated: New York, New York

     5|3    , 2016

/KB. Fo———

UNITED STATES DISTRICT JUDGE

FORREST, Part 1